UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK GRISSO,<br><br>           Plaintiff,<br><br>      v.<br><br>WALMART, INC.,<br><br>           Defendant. | Case No. 1:23-cv-01299-JLT-CDB<br><br>ORDER ON STIPULATION MODIFYING CASE MANAGEMENT DATES<br><br>(Doc. 17) |

**Background**

Plaintiff Nick Grisso ("Plaintiff") initiated this action with the filing of a complaint against Defendant Walmart, Inc. ("Defendant") in state court, which Defendant removed to this court on August 31, 2023. (Doc. 1). On November 29, 2023, the Court entered the operative scheduling order setting forth all discovery, motion, and trial dates. (Doc. 11). The parties are scheduled to appear for a settlement conference on June 11, 2024. (Doc. 16).

Pending before the Court is the parties' first stipulated request to amend the scheduling order. (Doc. 17). The parties represent in their stipulation that they have recently discovered information pertaining to Plaintiff's past medical history that "has changed both Parties' analysis of this matter," resulting in the forthcoming settlement conference. *Id.* at 2. The parties further request an extension of time so they can attempt to informally resolve this matter and conduct further discovery into Plaintiff's relevant medical history if the parties are unable

to reach an informal resolution. *Id.* at 3.

The parties are directed to review the scheduling order which, among other things, sets forth that stipulations seeking extensions of case management dates must be accompanied by affidavits or declarations of counsel establishing good cause for granting the relief requested. (Doc. 11 at 8). That parties are admonished that the Court will not consider further requests for modification of case management dates without the parties' compliance with this provision.

The Court finds good cause to grant the relief requested (as modified below) in order to facilitate the parties' preparations for the upcoming settlement conference. (Doc. 16).

**Conclusion and Order**

For the forgoing reasons and for good cause appearing, the scheduling order (Doc. 11) is modified to the extent of establishing new deadlines as follows:

-Nonexpert discovery: August 27, 2024.

-Expert discovery: November 5, 2024.

    a.    Initial expert disclosures: September 10, 2024.

    b.    Rebuttal expert disclosures: October 1, 2024.

-Non dispositive motion filing deadline: November 19, 2024.

    a.    Non-dispositive hearing date: January 7, 2025, at 10:30 a.m.

-Dispositive motion filing deadline: February 4, 2025.

    b.    Dispositive hearing date: March 18, 2025, at 9:00 a.m.

-Pre-trial conference: May 12, 2025, at 1:30 p.m.

-Trial: July 8, 2025, at 8:30 a.m.

IT IS SO ORDERED.

Dated: __May 20, 2024__               _____
                                                         UNITED STATES MAGISTRATE JUDGE